

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

September 23, 2016

**VIA EMAIL AND ELECTRONIC CASE FILING**

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

> **Re:    In re Mystique Brands, LLC, Debtor**
> **Chapter 7 Case No. 13-10187 (SMB)**
> **Geltzer as Chapter 7 Trustee v. Royal Wine Corp., et al.**
> **Adv. Pro No. 15-01121 (SMB)**

Dear Judge Bernstein:

We are Special Litigation Counsel to Robert L. Geltzer, the Chapter 7 Trustee of the above-referenced Debtor (the "Trustee"), and as Trustee, the plaintiff in the above-referenced adversary proceeding. The trial of the adversary proceeding is presently scheduled to resume this coming Monday, September 26, 2016 at 10:00 a.m.

Last evening, I received a text message from the wife of Jack Loprete, whom the Trustee had subpoenaed to appear as a witness at the trial, stating that "He was admitted to hospital today [Thursday] for severe nasal infection." Accordingly, on behalf of the Trustee, we hereby are respectfully requesting an adjournment of the resumption of the trial.

I already have spoken to Alan Klein, Esq. of the Snitow firm, counsel for the defendants in the adversary proceeding, who has authorized me to represent that the defendants consent to this adjournment request. Should Your Honor grant the adjournment, both sides respectfully request that they have an opportunity to discuss with the Court an adjourned date for the resumption of the trial, given the upcoming religious holidays.

We thank Your Honor for your time and consideration respecting this request.

Respectfully submitted,

s/ Robert A. Wolf

Robert A. Wolf

RAW:sn
cc:    Franklyn Snitow, Esq. (by email)
        Alan V. Klein, Esq. (by email)