B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| <u>Mystique Brands, LLC</u> | ) | Case No. 13-10187 (SMB) |
| *Debtor* | ) | |
| | ) | |
| <u>Robert L. Geltzer, as Chapter 7 Trustee</u> | ) | |
| <u>of Mystique Brands, LLC</u> | ) | Chapter 7 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| <u>Royal Wine Corp., Mordechai Herzog,</u> | ) | |
| <u>Aaron Herzog, Michael B. Herzog, Eli</u> | ) | Adv. Proc. No. 15-1121 (SMB) |
| <u>Herzog, Nathan Herzog, Michael Herzog</u> | ) | |
| <u>Judith Buchler, Gary Herzog, Morris</u> | ) | |
| <u>Herzog, and Joseph Herzog</u> | ) | |
| *Defendants* | ) | |

**JUDGMENT FOR DISMISSAL OF ADVERSARY PROCEEDING**

  Upon the Court's Post-Trial Findings of Fact and Conclusions of Law, dated November 4th, 2016 directing the Clerk to enter judgement dismissing the complaint; it is hereby ordered that:
  The Plaintiff recover nothing from the Defendants, and that the action be dismissed.


Date:  <u>November 4, 2016</u>          <u>Vito Genna</u>
                    Clerk of Court


                    <u>/s/ Anatin Rouzeau</u>
                     Deputy Clerk